PEOPLE v BAISDEN, No. 137890. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we vacate in part the judgment of the Court of Appeals and we remand this case to the Court of Appeals for reconsideration of the defendant's claims of sentencing error. On September 26, 2008, this Court reversed in part the judgment of the Court of Appeals and remanded this case to the Court of Appeals for consideration of the defendant's remaining issues. In a memorandum opinion, the Court of Appeals adopted the analysis of the opinion dissenting from its unpublished opinion per curiam issued March 4, 2008 in Docket No. 269999 for its resolution of the remaining issues. The Court then affirmed the defendant's conviction and sentence. However, the dissenting opinion had determined that the defendant should be resentenced, finding that the trial court abused its discretion in departing from the sentencing

guidelines because the reasons articulated for departure were not substantial and compelling, as required by MCL 769.34(3). The Court of Appeals affirmance of the defendant's sentence in its memorandum opinion is inconsistent with the determination that resentencing is required. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction. Court of Appeals No. 269999.